Case 4:22-cr-00608   Document 1   Filed on 12/07/22 in TXSD   Page 1 of 11

United States Courts
Southern District of Texas
FILED

December 07, 2022

Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | Case No. 4:22-cr-608 |
| JULIAN HERRERA, ANTONIO HOPKINS-YEZENO, BRANDON MILSON, STERLING BRUMANT, TORREE WHITE, KEITH MOORE, MICHAEL HENRY, TITUS BAISEY, JAYLYNN PINSON, ANTHONY KETCHUM, HASSANI MILLIS, JOSUE RODRIGUEZ, MYLES SMITH, AND ROBERT THOMAS, JR. | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**(Possession with Intent to Deliver a Controlled Substance)**

On or about November 3, 2020 and continuing through January 10, 2022, in the Southern District of Texas,

**JULIAN HERRERA**

1

Aiding others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT TWO

**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

On or about May 26, 2021 and continuing through August 10, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ANTONIO HOPKINS YEZENO &
BRANDON MILSON**

Defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

## COUNT THREE

**(Possession with Intent to Deliver a Controlled Substance)**

On or about May 26, 2021 and continuing through August 10, 2021, in the Southern District of Texas,

**ANTONIO HOPKINS YEZENO**

Aiding others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT FOUR

### (Possession with Intent to Deliver a Controlled Substance)

On or about September 15, 2021, in the Southern District of Texas,

**STERLING BRUMANT &
TORREE WHITE**

Aiding each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT FIVE

**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

On or about January 5, 2022 and continuing through June 3, 2022 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**KEITH MOORE &
TITUS BAISEY**

Defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

## COUNT SIX

**(Possession with Intent to Deliver a Controlled Substance)**

On or about October 13, 2021, in the Southern District of Texas,

**KEITH MOORE**

Aiding each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT SEVEN

**(Possession with Intent to Deliver a Controlled Substance)**

On or about March 3, 2022 and continuing through June 6, 2022, in the Southern District of Texas,

**MICHAEL HENRY**

Aiding each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

.

## COUNT EIGHT

**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

On or about June 1, 2022 and continuing through August 11, 2022 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JAYLYNN PINSON,**
**TITUS BAISEY,**
**ANTHONY KETCHUM &**
**HASSANI MILLS**

Defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

## COUNT NINE

### (Possession of an Unregistered Firearm)

On or about June 16, 2022 in the Houston Division of the Southern District of Texas, the defendant,

**ROBERT THOMAS,**

did knowingly possess a firearm, namely a device made and intended to convert a semi-automatic pistol to being fully automatic aka "Glock Auto Switch", that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

## COUNT TEN

### (Felon in Possession of a Firearm)

On or about September 13, 2022, in the Southern District of Texas, the defendant,

**JOSUE RODRIGUEZ**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Ruger 5.7 mm firearm, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT ELEVEN**

**(Possession with Intent to Deliver a Controlled Substance)**

On or about October 5, 2022, in the Southern District of Texas,

**MYLES SMITH**

Aiding others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney, Southern District of Texas

By: _____
Lisa M. Collins
Assistant United States Attorney