United States District Court
Southern District of Texas
**ENTERED**
July 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:22-CR-608-02 |
| | § |
| ANTONIO HOPKINS-YEZENO | § |

## ORDER FOR BOND REVOCATION AND DETENTION

Pending before the Court is the Petition for Action on Conditions of Pretrial Release (Dkt. No. 231). The Court held a hearing on July 20, 2023.

Defendant is charged with conspiracy and possession with intent to distribute a controlled substance. (Dkt. 1, Indictment.) Both the Government and U.S. Probation recommended Defendant be detained. Despite these recommendations, the Court released Defendant on bond on December 29, 2022. (Dkt. No. 146.) Defendant was placed on home detention with a GPS monitor (*Id.*)

On June 30, 2023, Defendant was arrested by the Houston Police Department (HPD) for the offense of Assault of Family Member-Impeding Breathing. At the July 20th hearing, the HPD Report and victim photographs were admitted into evidence as Exhibits 2 and 3. Additionally, HPD Officer Sanchez-Ortega testified at the hearing. Officer Sanchez-Ortega previously prepared the Report (Exhibit 2) and authenticated the alleged victim photos (Exhibit 3). According to the Report and testimony, Defendant allegedly grabbed his girlfriend's neck with both hands, started strangling her, and then slammed her head multiple times into her vehicle's center console. Defendant then allegedly told his girlfriend that if she tried to scream for help that he would snap her neck. Finally, his girlfriend stated that this has happened before, but she has never reported it. HPD Officers observed Defendant's girlfriend with dry blood on her nose and noticeable bruises

inside her arms.

Defendant denies the allegations. Based on the Report and the HPD Officer's testimony, however, the Court finds that there is probable cause to support that Defendant committed the alleged offense. Therefore, the Court finds that Defendant violated his conditions of release by committing a new law violation.

At the time of the violation, Defendant was on home detention with a GPS monitor. Therefore, the Court finds that Defendant is unlikely to abide by any conditions of release. *See* Bail Reform Act, 18 U.S.C. §§ 3148(b)(1)(B) and (b)(2)(B). For these reasons, and all others stated on the record, the Petition is **GRANTED**, Defendant's bond is hereby **REVOKED**, and the Marshal is **ORDERED** to detain Defendant in custody for proceedings before U.S. District Judge Alfred H. Bennett.

IT IS SO ORDERED.

SIGNED THIS 20 day of July, 2023.

_____
SAM S. SHELDON
United States Magistrate Judge