UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22CR608 |
| | § | |
| SEALED | § | |

**OPPOSED**
**MOTION TO RECONSIDER PRETRIAL RELEASE**

COMES NOW Robert Thomas, by and through counsel, and moves this Court to reconsider the pretrial detention order:

1) On December 7, 2022, a Sealed Indictment was returned by the Grand Jury and an arrest warrant was issued for Mr. Thomas. The arrest warrant was executed and returned on December 16, 20022 and Mr. Thomas made his initial appearance. On December 19, 2022, Mr. Thomas appeared with counsel for a Detention hearing. On December 27, 2022, United States Magistrate Judge Sheldon entered an order of detention. Docket Entry #116.

2) At the time of the Detention Order Mr. Thomas had a "Blue" warrant from the TDCJ. Mr. Thomas was in the USM custody subject to a Writ of Habeas Corpus ad Prosequendum. Docket Entry #11. Mr. Thomas' parole has expired, and he no longer has a hold by the State of Texas and thus is in the custody of USM without any other holds.

3) The number of charged defendants (14) makes the cause complex in nature. The current trial date of NOVEMBER 6, 2023 creates the potential of a prolonged pretrial detention.

4) Mr. Thomas's Grandfather, Mr. Weldon Thomas, passed away on June 18, 2023, leaving his grandmother, Mrs. Mary Thomas, alone in the family home. Mr. Thomas was raised by his grandparents. If released Mr. Thomas would be responsible for the care of his grandmother Mary Thomas.

5) Mr. Thomas is in a long-term relationship with Ms. Artavia Lake. They are the parents of one-year-old Aaliyah Thomas. Mr. Thomas is the "step" father of Ms. Lake's 7-year-old Skylar. Ms. Lake and their daughters would reside with Mr. Thomas.

6) Mr. Thomas can live with his grandmother Mrs. Mary Thomas or his sister Ms. Casandra Davis. Ms. Davis's home is closer to his children's school and would be more convenient for logistics of school. [1]

WHEREFORE PREMISES CONSIDERED, it is respectfully requested the Court reconsider the order of pretrial detention.

Respectfully submitted,

Foreman DeGeurin & DeGeurin

*/s/ Michael DeGeurin*
Michael DeGeurin
Federal Bar No. 23288
300 Main Street, Suite 300
Houston, Texas 77002
713-655-9000: Telephone
713-655-1812: Facsimile
M2degeurin@fddlaw.net

---

[1] Sealed attachment address information

## Certificate of Conference

Defense counsel as conferred with the government, Assistant U.S. Attorney, Lisa Collins and she is opposed to this motion.

*/s/ Michael DeGeurin*
Michael DeGeurin

## Certificate of Service

A copy of this Motion for Reconsideration has been furnished to the Assistant U.S. Attorney Lisa Collins and other parties on this day of filing.

*/s/ Michael DeGeurin*
Michael DeGeurin