UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 4:22-cr-00608-9 |
| JAYLYNN PINSON , § | |
| § | |
| Defendant. § | |

### THE UNITED STATES' OPPOSITION TO
### DEFENDANT'S MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE

The United States is opposed to Defendant's motion to amend his bond conditions due to his continued danger to the community. Outside of home confinement, the United States believes the Defendant to be a danger to the community and has and would continue to request detention.

The Defendant was placed on home confinement after a hearing in which the Magistrate Judge, Judge Sheldon, heard the following facts and information:

In June of 2022 the Defendant sold a Confidential informant over 1,000 grams of pills containing methamphetamine and an additional 3,000 grams of pill claiming to contain methamphetamine. During one such event, the Confidential informant described the Defendant waiving a firearm around in front of children causing the Confidential informant to fear for the children's lives. During this same period of time, law enforcement reviewed lawful intercepts of the Defendant's phone conversations which showed the regular engagement in drug distribution. Additionally, the Defendant engaged in conversation about potential "drug rips" in which the Defendant and a co-defendant were to steal drugs from others.

The United States agrees that the Defendant has made income as a rapper in the past as a member of "The Sauce Factory." The Sauce Factory is a recognized criminal street gang in the city of Houston and state of Texas. A review of videos posted by the Defendant revealed to law

1

enforcement that these videos were shot with other members of the same criminal street gang. It further showed the presence of firearms in these videos such as the one shown below.



Based on the foregoing information, the Government requests the Court deny the Defendant's motion to modify conditions of release. The conditions set by Judge Sheldon have prevented the Defendant's engagement in criminal activity and have prevented his association with other members of The Sauce Factory. The United States submits that these conditions should remain in place.

Therefore, the Defendant's motion should be denied.

                                        Respectfully submitted,

                                        ALAMDAR S. HAMDANI
                                        United States Attorney

                                        */s/ Lisa M. Collins*
                                        LISA M. COLLINS
                                        Assistant United States Attorney
                                        U.S. Attorney's Office, S.D. Texas
                                        1000 Louisiana, Suite 2300
                                        Houston, Texas 77002
                                        713-567-9711

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via ECF/PACER filing to counsel for the defendant, on this the 20TH day of March, 2024.

/s/ Lisa M. Collins
LISA M. COLLINS
Assistant United States Attorney