UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Case No. 4:22-CR-608-9 |
| v. | § § | |
| JAYLYNN PINSON | § § | |

**MOTION FOR HEARING TO AMEND BOND CONDITIONS AND REPLY TO THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S SECOND MOTION TO AMEND CONDISTIONS OF BOND**

COMES NOW, Jaylynn Pinson, by and through his attorney of record, Joyce Raynor of J. Raynor Carr & Associates, P.C., and files this Motion for Hearing regarding his Second Motion to Amend Bond Conditions and would respectfully show the Court the following:

I.

On February 24, 2023, Counsel for the defendant, Mr. Pinson, filed a motion to amend his bond condition of 24 hour a day home confinement. (Dkt. No. 191). Previously U.S. Magistrate Judge Shelton denied the defendant's first request to lift the 24 hour a day home confinement condition but ruled that the Court would address the matter again upon the expiration of 60 days. (Dkt. No. 200). At issue was the defendant's ability to remain compliant with his bond conditions for an extended period.

1

On March 1, 2024, one year later, Counsel for Mr. Pinson filed a second motion to amend his bond conditions. (Dkt. No. 316). At that time, Mr. Pinson had been compliant with his bond conditions without risk of flight nor any incidents of endangering the community. On March 18, 2024, Counsel reached out to the Court inquiring whether a hearing would be set in this matter. On March 19, 2024, the Court Coordinator's response lead Counsel to believe (although erroneously) that the Court would enter an Order or rule by submission after receiving the Government's response. (See attached Exhibit 1). On March 20, 2024, the Government filed its response to Mr. Pinson's second motion to amend his bond conditions, iterating no new information to the Court that would render Mr. Pinson a flight risk or a danger to the community.

This Court subsequently set this matter for a hearing and submitted its Notice of Hearing on March 25, 2024, via the District Clerk's CM/ECF filing system under *USA v. Sealed,* 4:22-cr-00608. Counsel for the defendant inadvertently missed the notice on this date for several reasons. This matter is named *USA v. Sealed* with multiple defendants on it. Based on the email exchange between the Defense Counsel and the Court Coordinator, Defense Counsel was not looking for a notice of hearing in this matter and thought the email pertained to another multi-defendant case Defense Counsel has which is under the same name *USA v. Sealed*, but with a different case number- 4:21-cr-00578. Because Defense Counsel had not filed any

motions in that matter *USA v. Sealed*, 4:21-cr-00578, the Notice from this Court was overlooked. Plain and simple.

II.

The oversight of the Court's notice was unintentional and a first for Defense Counsel in 31 years of practice. Mr. Pinson prays the Court will grant his motion to amend his bond condition, eliminating the 24 hour a day home confinement requirement or set this matter for hearing prior to denying his motion.

Respectfully submitted,

/s/   Joyce Raynor
Joyce Raynor,
Counsel for Jaylynn Pinson
TBN: 00789572
9894 Bissonnet, Suite 320
Houston, Texas 77036
Tel: (713) 988-5533
jraynorcarr@gmail.net

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon the Assistant U.S. Attorney through the CM/ECF court filing system on this 5th day Of April 2024.

/s/   Joyce Raynor
Joyce Raynor,
Attorney for Jaylynn Pinson

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case No. 4:22-CR-608-9 |
| v. | § | |
| | § | |
| JAYLYNN PINSON | § | |

## NOTICE OF HEARING

Notice is herby given that this matter is set for hearing on

_____, 2024 at _____M. in Courtroom 9A, United States District Court, 515 Rusk Avenue, Houston, Texas 77002.

_____
Honorable Alfred H. Bennett

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-CR-608-9 |
| JAYLYNN PINSON | § | |

ORDER ON DEFENDANT'S SECOND MOTION TO AMEND BOND CONDITIONS
================================================================

ON THIS DAY, the Court considered the evidence and pleadings in this matter. The Court finds that the following terms and conditions will reasonably assure the defendant's appearance in court and the safety of the community. Pursuant to 18 U.S.C. 3142(c)(1)(B), this Court hereby amends the defendant's conditions set forth below to the least restrictive conditions to assure the defendant's court appearance and the safety of persons and the community:

The Court, hereby, removes the home confinement condition set forth in section (7)(p)(ii) of the Order Setting Conditions of Release [Doc. 152]. The Court further sets the following terms and conditions of the defendant's release:

_____

_____

_____.

5

SIGNED ON THIS _____ day of _____ 2024 at Houston, Texas.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE