| Date And Time | Duration | From |
|---|---|---|
| 09/15/2021 14:56:33 | 00:01:57 | 13463022823 |
| 09/15/2021 14:56:42 | 00:01:47 | 13463022823 |
| 09/15/2021 15:00:46 | 00:01:16 | 15045988948 |
| 09/15/2021 15:01:14 | 00:00:48 | 15045988948 |
| 09/15/2021 17:20:02 | 00:01:27 | 13463022823 |
| 09/15/2021 17:20:11 | 00:01:17 | 13463022823 |
| 09/15/2021 18:05:20 | 00:00:22 | 13463022823 |
| 09/15/2021 18:05:29 | 00:00:13 | 13463022823 |
| 09/15/2021 18:13:10 | 00:00:33 | 13463022823 |
| 09/15/2021 18:13:16 | 00:00:27 | 13463022823 |
| 09/15/2021 18:38:11 | 00:00:25 | 13463022823 |
| 09/15/2021 18:38:35 | 00:00:06 | 13463022823 |
| 09/15/2021 18:38:37 | 00:00:05 | 13463022823 |
| 09/15/2021 18:44:46 | 00:00:46 | 15045988948 |
| 09/15/2021 18:44:55 | 00:00:37 | 15045988948 |
| 09/15/2021 18:47:33 | 00:01:00 | 15045988948 |
| 09/15/2021 18:47:40 | 00:00:52 | 15045988948 |
| 09/15/2021 19:44:30 | 00:00:23 | 15045988948 |
| 09/15/2021 19:44:39 | 00:00:15 | 15045988948 |
| 09/15/2021 20:08:13 | 00:00:25 | 12818681582 |
| 09/15/2021 20:09:17 | 00:00:00 | 15045988948 |
| 09/15/2021 20:09:18 | 00:00:00 | 15045988948 |
| 09/15/2021 20:09:20 | 00:00:00 | 15045988948 |
| 09/15/2021 20:09:20 | 00:00:00 | 15045988948 |
| 09/15/2021 20:09:24 | 00:00:00 | 15045988948 |
| 09/15/2021 20:09:24 | 00:00:00 | 15045988948 |
| 09/15/2021 20:10:06 | 00:00:00 | 15045988948 |
| 09/15/2021 20:10:07 | 00:00:00 | 15045988948 |
| 09/15/2021 20:10:13 | 00:00:25 | 13463022823 |
| 09/15/2021 20:10:31 | 00:00:08 | 13463022823 |
| 09/15/2021 20:29:25 | 00:00:00 | 15045988948 |
| 09/15/2021 20:29:25 | 00:00:00 | 15045988948 |
| 09/15/2021 20:38:40 | 00:00:00 | 15045988948 |
| 09/15/2021 21:04:07 | 00:00:00 | 15045988948 |
| 09/15/2021 21:31:44 | 00:00:52 | 12818681582 |
| 09/15/2021 22:29:16 | 00:01:06 | 12818681582 |

| | | |
|---|---|---|
| 09/15/2021 23:42:45 | 00:00:00 | 15045988948 |
| 09/16/2021 04:42:45 | 00:00:00 | 15045988948 |

| To | User Time Zone | Comm Type |
|---|---|---|
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 14699519999 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Text Message |
| 13463022823 | America/Chicago | Text Message |
| 12818681582 | America/Chicago | Text Message |
| 12818681582 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |
| 15045988948 | America/Chicago | Regular Call |

| | | |
|---|---|---|
| 13463022823 | America/Chicago | Regular Call |
| 13463022823 | America/Chicago | Text Message |

Voicemail