IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § CASE NO. 4:22-CR-00608-2 |
| | § HOUSTON, TEXAS |
| v | § WEDNESDAY, |
| | § DECEMBER 28, 2022 |
| ANTONIO HOPKINS-YEZENO | § 1:01 P.M. TO 1:07 P.M. |

**STATUS CONFERENCE/INITIAL APPEARANCE**

BEFORE THE HONORABLE SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| APPEARANCES: | SEE NEXT PAGE |
| COURTROOM CLERK: | SHANNON JONES |
| COURTROOM ERO: | SIERRA THOMAS |

TRANSCRIPTION SERVICE BY:

JUDICIAL TRANSCRIBERS OF TEXAS, LLC
935 Eldridge Road, #144
Sugar Land, TX 77478
281-277-5325
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

**APPEARANCES**:

| | |
|---|---|
| FOR THE UNITED STATES OF AMERICA: | UNITED STATES ATTORNEYS OFFICE<br>Stephanie Bauman, Esq.<br>1000 Louisiana Street<br>Suite 2300<br>Houston, TX 77002<br>713-567-9000 |
| FOR ANTONIO HOPKINS-YEZENO: | THE LEONARD FIRM<br>Brandon G. Leonard, Esq.<br>5300 Memorial Drive<br>Suite 750<br>Houston, TX 77007<br>281-815-0063 |
| ALSO PRESENT: | Karen Barrientos, PTS |

1        **HOUSTON, TEXAS; WEDNESDAY, DECEMBER 28, 2022; 1:01 P.M.**
2                THE COURT:  Antonio Hopkins-Yezeno.
3                THE CLERK:  There's an echo.  Do you hear it?
4        There's (indiscernible).
5                THE COURT:  Yeah.
6                DEFENDANT HOPKINS-YEZENO:  Yeah. Yes.
7                THE COURT:  Okay.  Let me -- okay, Mr. Hopkins,
8        you're here with your attorney, Brandon Leonard.  I see him
9        here.  Ms. Bauman's here on behalf of the United States.  I'll
10       say to you and I'll say it to the other 5 that these decisions
11       weren't easy deciding who to give a bond to and who didn't.
12       The people that didn't get a bond had recent criminal history
13       or problems complying with a bond.
14               And so I felt even though that the underlying
15       charges are very serious and they face mandatory minimums and
16       there was a lot of ongoing criminal activity that the people
17       that I am giving a bond deserve a chance to comply with the
18       bond.  But I'll say this, I hope I don't see you, I hope I
19       don't see the other co-defendants.
20               A federal bond is serious, I'm going to go through
21       the conditions with you, and you're going to be on home
22       confinement with a GPS monitor, and so Probation will know
23       instantly if something's going wrong.  And so this -- and
24       again, I can't say it again, this wasn't an easy decision.  I
25       just hope you all prove me right in complying with the

1     conditions.

2         So this will be your conditions, Mr. Yezeno-Hopkins.
3     It'll be $100,000 unsecured bond, you don't have to pay any
4     money.  You will reside with John and Vassy Kelly -- and,
5     Shannon, when I'm done, I'll give you each one of these
6     sheets, you don't --

7         THE CLERK:  Okay.

8         THE COURT:   -- so you don't have to -- at 1503
9     Chart Drive, Crosby, Texas 77532.  I'm not requiring them or
10     anybody else to be a third-party custodian.  Pretrial Services
11     supervision, maintain or actively seek full-time verifiable
12     employment, obtain no passport, travel restricted to the
13     Southern District of Texas, outside travel to be preapproved
14     by the US Probation Office.

15         Avoid all contact with co-defendants, witnesses,
16     victims or potential victims; refrain from possessing a
17     firearm, destructive devices or other dangerous weapons; all
18     firearms to be removed from the home prior to release if there
19     are any there; refrain from excess use of alcohol; refrain
20     from use or unlawful possession of a narcotic drug or other
21     controlled substance, unless prescribed by a licensed medical
22     practitioner; do not use or consume CBD products.

23         You'll be on home detention.  What that means is
24     you're restricted to your residence at all times, except for
25     employment, education, religious services, medical, substance

1  abuse or mental health treatment, attorney visits, court
2  appearances, court ordered obligations or other activities
3  that are preapproved in advance by your Pretrial Service
4  officer.
5        You will be on GPS location monitoring.  You'll pay
6  all or part of the cost of location monitoring based on your
7  ability to pay as directed by the Pretrial Services
8  supervising officer.  You'll report all contact with law
9  enforcement, and one last thing -- you must comply with all
10 Harris County obligations related to your state bond.
11       Shannon, could you swear him in?
12       THE CLERK:  Yes.  Can you raise your right hand,
13 please?
14    (Defendant sworn.)
15       THE COURT:  Mr. Leonard, before I ask your client
16 any questions, do you have any questions regarding the bond?
17       MR. LEONARD:  I do not, Your Honor.  Thank you.
18       THE COURT:  Okay.  Mr. Hopkins, do you understand
19 all the conditions of your bond?
20       DEFENDANT HOPKINS-YEZENO:  Yes, sir.
21       THE COURT:  And do you agree to follow all these
22 conditions?
23       DEFENDANT HOPKINS-YEZENO:  Yes, sir.
24       THE COURT:  And do you understand that the failure
25 to follow any of these any conditions will result in your bond

1   being revoked?
2              DEFENDANT HOPKINS-YEZENO:  Yes, sir.
3              THE COURT:  Okay.  Do you have any questions for me?
4              DEFENDANT HOPKINS-YEZENO:  Not right now, sir.
5              THE COURT:  Okay.  So how your release is going to
6   happen, it will be the same for you and everybody else, you'll
7   be brought to the courthouse tomorrow, you'll be fitted for
8   the GPS monitor, you'll meet with your probation officer, and
9   then you'll be released from the federal courthouse tomorrow
10  morning.
11             DEFENDANT HOPKINS-YEZENO:  Okay, sir.
12             THE COURT:  Okay.  Anything --
13             MS. BARRIENTOS:  Your Honor --
14             THE COURT:  Oh, go ahead.
15             MS. BARRIENTOS:   -- did you wish also to include
16  the condition to submit to alcohol and drug tests
17  (indiscernible)?
18             THE COURT:  No, I didn't see in his case, and some
19  of them I did, in his I didn't because I didn't see --
20             UNIDENTIFIED SPEAKER:  (Indiscernible).
21             THE COURT:   -- in his case it just said a
22  prescription, opiates daily, but so I assume prescription
23  means he has a prescription so I didn't --
24             MS. BARRIENTOS:  All right.
25             THE COURT:   Yeah.  Okay.  Well, if you all

```
1    determine that's an issue, you let me know and I'll add that,
2    but I didn't -- I didn't put it in his.
3              MS. BARRIENTOS:  (Indiscernible).
4              THE COURT:  Not at this time.
5              MS. BARRIENTOS:  Okay.  Thank you, Your Honor.
6              THE COURT:  Okay.  And, Mr. Leonard, you're going to
7    stand in for Mr. Dupont on Mr. Mills?
8              MR. LEONARD:  That is correct, Your Honor.
9              THE COURT:  Okay.  Okay.  So we were all -- well,
10   good luck to you, Mr. Hopkins.  We're done with you.
11         (Hearing adjourned 1:07 p.m.)
12                        * * * * *
13             I certify that the foregoing is a correct transcript
14   to the best of my ability produced from the electronic sound
15   recording of the proceedings in the above-entitled matter.
16      /S./  MARY D. HENRY
17   CERTIFIED BY THE AMERICAN ASSOCIATION OF
18   ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337
19   JUDICIAL TRANSCRIBERS OF TEXAS, LLC
20   JTT TRANSCRIPT #69553
21   DATE FILED:  FEBRUARY 12, 2025
22
23
24
25
```